THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DIANA WARD and EVELYN PRESTON, Appellants.

(Argued October 19, 1936; decided November 17, 1936.)

616

*Osmond K. Fraenkel, Carol King* and *Sidney E. Cohn* for appellants.

*Edward C. Maguire* and *George J. Poynton* for Building and Construction Trades Council of Greater New York et al., *amici curiæ*.

*Elias Lieberman* and *Elias Gartman* for International Ladies' Garment Workers' Union et al., *amici curiæ*.

*Sidney Elliott Cohn, Irving Robert Feinberg* and *Leonard B. Boudin* for Furriers' Joint Council of New York, A. F. of L., et al., *amici curiæ*.

*Milton Friedman, Samuel Null, Emil Schlesinger* and *Matthew M. Levy* for International Fur Workers' Union of United States and Canada et al., *amici curiæ*.

*Arthur Newman, David Sloane, Harold Dublirer, Joseph R. Brodsky, Edward Kuntz, Abraham Unger, Louis Goldberg, Joseph Tauber, Frank Scheiner, Joseph Glass, Harry Sacher* and *Mendel Lurie* for Local 802, American Federation of Musicians, et al., *amici curiæ*.

*William F. X. Geoghan, District Attorney* (*Edward H. Levine* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS and CROUCH, JJ. Dissenting: LEHMAN, LOUGHRAN and FINCH, JJ.